UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                  :
NANCY GONZALEZ, on behalf of herself and all others  :
similarly situated,                                               :
                                                                  :          26-CV-01207 (JAV)
                              Plaintiff                           :
                                                                  :              ORDER
            -v-                                                   :
                                                                  :
HORIZON MEDIA HOLDINGS LLC, et al.,                               :
                                                                  :
                              Defendants.                         :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        On May 8, 2026, Defendants filed a motion to dismiss the complaint under Rule 12(b) of the
Federal Rules of Civil Procedure.  Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days
after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

        Accordingly, it is hereby ORDERED that, pursuant to Rule 5.I of this Court's Individual
Rules and Practices in Civil Cases, by **May 18, 2026**, the non-moving party must notify the Court
whether it intends to file an amended pleading or rely on the pleading being attacked.

        If Plaintiff elects to amend the complaint, Plaintiff shall file any amended complaint by **May
29, 2026**.  Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any
amended complaint should be filed with a redline showing all differences between the original and
revised filings.  Plaintiff is on notice that there will likely not be any further opportunity to amend
the complaint to address issues raised by the motion to dismiss.

        If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendants
shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they
rely on the previously filed motion to dismiss.  If Defendants file an answer or a new motion to
dismiss, the Court will deny the previously filed motion to dismiss as moot.  If Defendants file a
new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, any
opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any
opposition.

        If Plaintiff elects not to amend the pleadings, Plaintiff shall file any opposition to the motion
to dismiss by **May 29, 2026**.  Defendants' reply, if any, shall be filed by **June 5, 2026**.

SO ORDERED.

Dated: May 14, 2026                          _____
       New York, New York                          JEANNETTE A. VARGAS
                                                   United States District Judge